Rose S. Braude, Respondent, *v.* The Mutual Life Insurance Company of New York, Appellant.

(Argued March 20, 1934; decided April 17, 1934.)

*Bayard H. Ames, Marvin W. Wynne, Louis W. Dawson* and *Frederick L. Allen* for appellant.

*Harold M. Phillips* and *Alvin R. Cowan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.